UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E. LYNN SCHOENMANN, Trustee of the Bankruptcy Estate of UCBH Holdings, Inc., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as receiver for United Commercial Bank, and in its corporate capacity, <br><br> Defendant. | Case No. 4:10-cv-03989-CRB <br><br> **ORDER APPROVING STIPULATION TO EXTEND DATES SET FORTH IN COURT'S ORDER SETTING CASE MANAGEMENT CONFERENCE** <br><br><br> Date: N/A <br> Time: N/A <br> Dept: |

The Parties having agreed to a Stipulation To Reset the Dates Set Forth in the Court's Order Setting Case Management Conference, and the Court having reviewed the Parties' Stipulation and the reasons therefor, and good cause appearing for the relief requested,

NOW THEREFORE, it is hereby ORDERED,

1. Each of the dates set forth in the Court's October 21, 2010 Order Setting Case Management Conference shall be reset as set forth below:

| Event | Previous Date | New Date |
|---|---|---|
| Initial Case Management Conference | 12/17/2010 <br> 8:30 a.m. | 1/21/2011 <br> 8:30 a.m. |
| Last day to file Joint Case Management Statement | 12/10/2010 | 1/14/2011 |

**IT IS SO ORDERED.**

November 4, 2010

_____
Hon. Charles R. Breyer, District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

ORDER APPROVING STIPULATION TO RESET DATES SET FORTH IN COURT'S ORDER SETTING CASE MANAGEMENT CONFERENCE - CASE NO. 4:10-CV-03948-CRB

-1-

SF\3757632.1