KIEVE LAW OFFICES
  Loren Kieve (Bar No. 56280)
  lk@kievelaw.com
5A Funston Avenue
The Presidio of San Francisco
San Francisco, California 94129-1110
Telephone:  (415) 364-0060
Facsimile:   (435) 304-0060

Counsel for plaintiff E. Lynn Schoenmann,
Trustee of the Bankruptcy Estate of
UCBH Holdings, Inc.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E. LYNN SCHOENMANN, Trustee of the Bankruptcy Estate of UCBH Holdings, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as receiver for United Commercial Bank, and in its corporate capacity, <br><br> Defendant. | Case No. C-10-3989-CRB <br><br> **[Proposed]** **Order Re-setting Further Case Status Conference** |

Upon consideration of the parties' supplemental joint status report and motion to re-set the case management conference from October 21, 2011 to a date in late November or early December 21, the Court hereby vacates the October 21, 2011 status conference and re-sets it to _____December 16_, 2011 at _8:30 a._m.

So ordered.

Dated: _____October 14_, 2011         _____

                                        IT IS SO ORDERED
                                        Judge Charles R. Breyer

[Proposed] Order Re-setting                                Civil Action No. C-10-3989-CRB
Further Case Status Conference