KIEVE LAW OFFICES
  Loren Kieve (Bar No. 56280)
  lk@kievelaw.com
5A Funston Avenue
The Presidio of San Francisco
San Francisco, California 94129-1110
Telephone:   (415) 364-0060
Facsimile:    (435) 304-0060

Counsel for plaintiff E. Lynn Schoenmann,
Trustee of the Bankruptcy Estate of
UCBH Holdings, Inc.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E. LYNN SCHOENMANN, Trustee of the Bankruptcy Estate of UCBH Holdings, Inc., <br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as receiver for United Commercial Bank, and in its corporate capacity,<br><br>Defendant. | Case No. C-10-3989-CRB<br><br>**AMENDED**<br><br>**[Proposed] Order Re-setting Further Case Status Conference** |

   Upon consideration of the parties' supplemental joint status report and motion to re-set the case management conference from October 21, 2011 to a date in late November or early December 21, the Court hereby vacates the October 21, 2011 status conference and re-sets it to _____December 9_, 2011 at _8:30 a_.m.

   So ordered.

Dated: _____November 1_, 2011       _____
                                          Charles R. Breyer
                                          United States District Judge

[IT IS SO ORDERED / Judge Charles R. Breyer signature and seal]

[Proposed] Order Re-setting                1                Civil Action No. C-10-3989-CRB
Further Case Status Conference