UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E. LYNN SCHOENMANN, Trustee of the Bankruptcy Estate of UCBH Holdings, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as Receiver for United Commercial Bank, and in its corporate capacity,<br><br>Defendants. | Case No. 3:10-cv-03989-CRB<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE TO MARCH 23, 2012 |

The Court having read and considered the joint stipulation (the "Stipulation") of the parties for an order continuing the Case Management Conference presently set for March 9, 2012 until March 23, 2012,

**NOW THEREFORE:**

The Court finds that good cause appearing therefor, the Stipulation is approved. The March 9, 2012 Case Management Conference is continued until March 23, 2012 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: February 27, 2012

_____
Hon. Charles R. Breyer
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

-1-
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE CMC – CASE NO. 3:10-CV-03989-CRB
EAST\48019442.1