1   KIEVE LAW OFFICES
    Loren Kieve (Bar No. 56280)
2   lk@kievelaw.com
    5A Funston Avenue
3   The Presidio of San Francisco
    San Francisco, California  94129-1110
4   Telephone:    (415) 364-0060
    Facsimile:    (435) 304-0060
5
    Counsel for plaintiff E. Lynn Schoenmann,
6   as chapter 7 trustee of the bankruptcy estate of
    UCBH Holdings, Inc.
7
    [Other Counsel Listed in Signature Block]
8

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12  E. LYNN SCHOENMANN, Trustee of the        Case No.  3:10-cv-03989-CRB
    Bankruptcy Estate of UCBH Holdings, Inc.,
13                                            STIPULATION AND [PROPOSED]
                         Plaintiff,           ORDER TO MODIFY BRIEFING
14                                            SCHEDULE AND RESET HEARING FOR
          v.                                  DEFENDANTS' MOTION TO STRIKE
15                                            AND DISMISS CERTAIN COUNTS OF
    FEDERAL DEPOSIT INSURANCE                 AMENDED COMPLAINT
16  CORPORATION, in its capacity as receiver
    for United Commercial Bank, and in its    Date:  N/A
17  corporate capacity,                       Time:  N/A
                                              Dept:
18                       Defendant.

19

20          Subject to the approval of the Court, defendant Federal Deposit Insurance Corporation, as

21  receiver  for  United  Commercial  Bank  (the  "FDIC-Receiver"),  defendant  Federal  Deposit

22  Insurance  Corporation  in  its  corporate  capacity  ("FDIC-Corporate"),  and  plaintiff  E.  Lynn

23  Schoenmann,  as  chapter  7  trustee  of  the  bankruptcy  estate  of  UCBH  Holdings,  Inc.  (the

24  "Trustee"), stipulate and agree as follows:

25          WHEREAS:

26          A.      UCBH Holdings, Inc ("UCBH") is a bank holding company that conducted its

27  principal business through its wholly-owned bank subsidiary United Commercial Bank ("UCB").

28  By order dated November 6, 2009, the California Department of Financial Institutions closed

                                             1
    STIPULATION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO STRIKE AND
    DISMISS AMENDED COMPLAINT   3:10-CV-03989-CRB

UCB and appointed the FDIC-Receiver as its receiver.  On November 24, 2009, UCBH filed a petition under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of California and the Trustee was appointed soon thereafter.

B.      On September 7, 2010, the Trustee filed her complaint.  In an opinion and order entered on April 21, 2011, the Court granted in part and denied in part defendants' motions to dismiss that complaint.  On May 27, 2011, the Court denied defendants' motion for a certificate of appealability of one aspect of that opinion and their motion to stay discovery pending a petition for interlocutory appeal.  The parties have been engaged in discovery since that time.

C.      On April 27, 2012, the Trustee filed her amended complaint under seal.  On June 5, 2012, the FDIC-Receiver and FDIC-Corporate filed a joint motion to strike and dismiss certain counts of the amended complaint.  The motion has been noticed for a hearing on July 20, 2012.

D.      Under the Court's local rules, the Trustee's opposition papers would be due by June 19, 2012 and defendants' reply papers would be due by June 26, 2012.  Subject to the Court's approval, the parties have agreed to a modified briefing schedule to provide the Trustee additional time to respond to complex arguments raised for the first time in defendants' motion and to accommodate the schedules of counsel given the 4th of July holiday.

NOW THEREFORE, subject to the approval of the Court, the parties stipulate and agree as follows:

1.      The time for the Trustee to serve and file any papers in response to the pending motion to strike and dismiss is extended through and including June 28, 2012.

2.      The time for defendants to serve and file any reply submissions in further support of the motion to strike and dismiss is extended through and including July 10, 2012.

3.      The dates described in the preceding paragraphs call for briefing to be completed on July 10, 2012, which is a Tuesday.  To allow the Court sufficient time to consider the motion and in deference to the schedules of counsel, the parties request that the Court set the hearing regarding defendants' motion to strike and dismiss for July 20, 2012, which is the second Friday after briefing will have been completed.

STIPULATION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO STRIKE AND DISMISS AMENDED COMPLAINT   3:10-CV-03989-CRB

1    IT IS SO STIPULATED.

2    Dated:  June 11, 2012                    KIEVE LAW OFFICES

3                                             By:  /s/ Loren Kieve
                                                   Loren Kieve (Bar No. 56280)
4                                                  lk@kievelaw.com

5                                             5A Funston Avenue
                                              The Presidio Of San Francisco
6                                             San Francisco, California 94129-1110
                                              Tel:  415.364.0060
7                                             Fax:  435.304.0060

8                                             Attorneys for Plaintiff E. Lynn Schoenmann,
                                              as chapter 7 trustee for the bankruptcy estate of
9                                             UCBH Holdings, Inc.

10                                            DLA PIPER LLP (US)

11   Of Counsel:

12   Kathryn R. Norcross               By  /s/ Todd C. Toral
     Senior Counsel                        Todd C. Toral
13                                         todd.toral@dlapiper.com

     Dennis Early                       555 Mission Street, Suite 2400
14   Counsel                            San Francisco, California  94105-2933
                                        Tel:  415.836.2500
15   Federal Deposit Insurance Corporation   Fax:  415.836.2501
     3501 Fairfax Drive
16   Arlington, Virginia  22226              and
     (703) 562-2739
17                                      John J. Clarke, Jr. (admitted *pro hac vice*)
                                        DLA PIPER LLP (US)
18                                      1251 Avenue Of The Americas
                                        New York, New York  10020
19
                                        Attorneys for the
20                                      Federal Deposit Insurance Corporation,
                                        as Receiver for United Commercial Bank
21

22

23

24

25

26

27

28

3

STIPULATION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO STRIKE AND
DISMISS AMENDED COMPLAINT    3:10-CV-03989-CRB

1    BAKER & HOSTETLER LLP

2
     By:  /s/ Daniel R. Warren
3          Daniel R. Warren (admitted *pro hac vice*)
           dwarren@bakerlaw.com
4          James A. Slater (admitted *pro hac vice*)
           jslater@bakerlaw.com
5
     PNC Center
6    1900 East Ninth Street, Suite 3200
     Cleveland, Ohio  44114-3482
7    Tel.:  216.621.0200
     Fax:  216.696.0740
8
     Attorneys for the
9    Federal Deposit Insurance Corporation,
     in its Corporate Capacity
10

11                          **ORDER**

12       The requested extension of time are granted and the hearing on the motion to strike and

13   dismiss is set for _ 10:00 A.M. on _____ July 20 , 2012.

14

15   _____

16   Charles R. Breyer
     United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28
                                   4
STIPULATION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO STRIKE AND
DISMISS AMENDED COMPLAINT   3:10-CV-03989-CRB