KIEVE LAW OFFICES
  Loren Kieve (Bar No. 56280)
  lk@kievelaw.com
5A Funston Avenue
The Presidio of San Francisco
San Francisco, California 94129-1110
Telephone: (415) 364-0060
Facsimile: (435) 304-0060

Counsel for plaintiff E. Lynn Schoenmann,
Trustee of the Bankruptcy Estate of
UCBH Holdings, Inc.

(Other counsel listed in the signature block)

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E. LYNN SCHOENMANN, Trustee of the Bankruptcy Estate of UCBH Holdings, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as receiver for United Commercial Bank, and in its corporate capacity, <br><br> Defendant. | CASE NO. 3:10-cv-03989-CRB <br><br> **STIPULATION AND [PROPOSED] ORDER GRANTING THE TRUSTEE LEAVE TO FILE AN OPPOSITION OF UP TO 20 PAGES TO DEFENDANTS' MOTION TO STRIKE OR DISMISS PARTS OF THE AMENDED COMPLAINT.** <br><br> Date: July 20, 2012 <br> Time: 10:00 a.m. |

    Subject to the approval of the Court, the parties by their undersigned attorneys hereby stipulate and agree that plaintiff E. Lynn Schoenmann (the "Trustee") may file an opposition of no more than 20 pages to the motion of defendants Federal Deposit Insurance Corporation, as receiver for United Commercial Bank (the "FDIC-Receiver"), and Federal Deposit Insurance Corporation, in its corporate capacity ("FDIC-Corporate"), to strike or dismiss parts of the amended complaint.

I Loren Kieve hereby attest under penalty of perjury under the laws of the United States of America that I have received concurrence in the filing of this document from the other signatories listed below.

| | |
|---|---|
| Dated: June 25, 2012 | KIEVE LAW OFFICES |
| | By: /s/ *Loren Kieve* <br>     Loren Kieve (Bar No. 56280) |
| | Counsel for Plaintiff E. Lynn Schoenmann, Trustee of the Bankruptcy Estate of UCBH Holdings, Inc. |
| | DLA PIPER LLP (US) |
| Dated: June 25, 2012 | By /s/ Todd C. Toral <br>     Todd C. Toral <br>     todd.toral@dlapiper.com |
| Of Counsel: | |
| Kathryn R. Norcross <br> Senior Counsel | 555 Mission Street, Suite 2400 <br> San Francisco, California 94105-2933 <br> Tel: 415.836.2500 <br> Fax: 415.836.2501 |
| Dennis Early <br> Counsel | |
| Federal Deposit Insurance Corporation <br> 3501 Fairfax Drive <br> Arlington, Virginia 22226 <br> (703) 562-2739 | and <br><br> John J. Clarke, Jr. (admitted *pro hac vice*) <br> DLA PIPER LLP (US) <br> 1251 Avenue Of The Americas <br> New York, New York 10020 |
| | Attorneys for the <br> Federal Deposit Insurance Corporation, <br> as Receiver for United Commercial Bank |
| Dated: June 25, 2012 | FEDERAL DEPOSIT INSURANCE CORPORATION |
| | By: /s/ *Daniel R. Warren* <br> DANIEL R. WARREN (admitted *pro hac vice*) <br> dwarren@bakerlaw.com <br> JAMES A. SLATER (admitted *pro hac vice*) <br> jslater@bakerlaw.com <br> Baker & Hostetler LLP <br> PNC Center <br> 1900 East Ninth Street, Suite 3200 <br> Cleveland, Ohio 44114-3482 <br> Tel.: 216.621.0200 <br> Fax: 216.696.0740 |
| | Attorneys for FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity |

So ordered this <u>28th</u> day of June, 2012.

Charles R. Breyer
United States District Judge



4
STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITS.
CASE NO. 3:10-cv-03989-CRB