KIEVE LAW OFFICES
  Loren Kieve (Bar No. 56280)
  lk@kievelaw.com
5A Funston Avenue
The Presidio of San Francisco
San Francisco, California  94129-1110
Telephone:     (415) 364-0060
Facsimile:      (435) 304-0060

Counsel for plaintiff E. Lynn Schoenmann,
Trustee of the Bankruptcy Estate of
UCBH Holdings, Inc.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E. LYNN SCHOENMANN, Trustee of the Bankruptcy Estate of UCBH Holdings, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as receiver for United Commercial Bank, and in its corporate capacity,<br><br>Defendant. | Case No. C-10-3989-CRB<br><br>**Order re Administrative Motion Regarding Appropriate Procedure to Resolve Two Outstanding Discovery Disputes**<br><br>**Civil L.R. 7-11** |

Upon consideration of the administrative motion of the defendant Federal Deposit Insurance Corporation ("FDIC") requesting guidance regarding the proper procedure for resolving two outstanding discovery disputes and the response thereto of Plaintiff E. Lynn Schoenmann (the "Trustee"), consistent with the Court's standing orders and standard practices, both disputes should be decided by Chief Magistrate Judge Maria-Elena James, who has been assigned to this action, using Her Honor's standard procedure for resolving discovery disputes.

[Proposed] Order re Administrative Motion                                    Civil Action No. 10-3989-CRB
re Discovery Dispute Procedure

1 |      So Ordered.

2 | Dated:  January 9, 2013

                                    Charles R. Breyer

*IT IS SO ORDERED — Judge Charles R. Breyer* (United States District Court, Northern District of California seal)

---

Proposed] Order re Administrative Motion re Discovery Dispute Procedure      2      Civil Action No. 10-3989-CRB