UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| SCHOENMANN, | No. C 10-03989 CRB (MEJ) |
| Plaintiff, | **ORDER RE SEPTEMBER 19, 2013 JOINT LETTER** [Dkt. No. 130] |
| v. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, *et al*, | |
| Defendants. | |

On September 19, 2013, the parties filed a joint letter in this matter regarding the Plaintiff-Trustee's objections to the FDIC-Receiver's subpoena issued to non-party Doreen Woo Ho. Dkt. No. 130. In the letter, the FDIC-Receiver requests that the Court grant leave from the joint letter process to allow it to file a motion to compel. Reviewing the parties' letter, the Court finds that the parties have not adequately developed their arguments such that the Court is able to make a decision on this dispute. In particular, while the Trustee objects on the bases of attorney-client privilege and work-product, the Trustee devotes two paragraphs to these grounds. Accordingly, the Court sets the following briefing schedule and hearing date.

The FDIC-Receiver may file a motion to compel by November 4, 2013.

The Trustee may file her opposition by November 11, 2013. Ms. Ho may also file any response she deems necessary by November 11, 2013. The FDIC shall serve a copy of this Order on Ms. Ho. No reply will be permitted.

The Court sets oral argument on this matter for <u>November 14, 2013</u>, at 10:00 a.m. in Courtroom B, 15th Floor.

**IT IS SO ORDERED.**

Dated: October 28, 2013

_____
Maria-Elena James
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**