KIEVE LAW OFFICES
  Loren Kieve (Bar No. 56280)
  lk@kievelaw.com
5A Funston Avenue
The Presidio of San Francisco
San Francisco, California  94129-1110
Telephone:     (415) 364-0060
Facsimile:      (435) 304-0060

Counsel for plaintiff E. Lynn Schoenmann,
Trustee of the Bankruptcy Estate of
UCBH Holdings, Inc.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E. LYNN SCHOENMANN, Trustee of the Bankruptcy Estate of UCBH Holdings, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as receiver for United Commercial Bank, and in its corporate capacity, <br><br> Defendant. | Case No. C-10-3989-CRB-MEJ <br><br> [~~PROPOSED~~] ORDER GRANTING REQUEST FOR ADDITIONAL PAGES IN THE PARTIES' SETTLEMENT CONFERENCE STATEMENTS |

Upon consideration of the letter request of counsel for plaintiff E. Lynn Schoenmann, Trustee of the Bankruptcy Estate of UCBH Holdings, Inc. (the "Trustee"), concurred in by the defendants, the Court grants the request to permit the Trustee to submit two separate settlement conference statements of no more than 20 pages each and the defendants to submit a joint settlement conference statement of no more than 25 pages.

So Ordered.

[~~Proposed~~] Order re settlement statements                                                     Civil Action No. 10-3989-CRB-JCS

Dated: 8/18/14 2014



James C.
United States Magistrate Judge